IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA    *
                                           *

V.                                          *    CASE NO.  4:04CR00213-01 SWW
                                             *

LONNIE LEE RHODES            *

## ORDER

On March 3, 2021, the Court reinstated Defendant Lonnie Lee Rhodes's 180-month term of imprisonment and adopted the parties' recommendation that he serve the remainder of his sentence in home confinement.[1]  Now before the Court is Rhodes' motion [ECF No. 85], asking  Court to amend that order to clarify that he has completed his term of supervised release and is *not* required to serve an additional term of supervision. For reasons that follow, the motion is granted.

On August 23, 2019, when Rhodes had served over half of his term of supervision, he filed a motion for early termination of supervised release. With no objection from the United States and consistent with the recommendation of the United States Probation Office, on September 11, 2019, the Court granted the motion and terminated the remainder of Rhodes's supervised release [ECF No. 77]. The

---

[1] On May 27, 2020, the Eighth Circuit reversed this Court's decision to reduce Defendant Rhodes's 180-month prison term and remanded the case for further proceedings. *Daniels v. United States*, 806 F. App'x 493, 494 (8th Cir. 2020).

subsequent reinstatement of Rhodes's 180-month term of imprisonment did nothing to alter the Court's decision to terminate the remainder of Defendant Rhodes's term of supervised release.

IT IS THEREFORE ORDERED that Defendant's motion [ECF No. 85] is GRANTED.  The Court's order entered on March 3, 2021 [ECF No. 84] is amended to clarify that it pertains *solely* to Defendant's reinstated term of imprisonment and *does not* require that Defendant serve an additional term of supervised release.

IT IS SO ORDERED, this 29th day of September, 2021.

<u>Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE